McGREGOR W. SCOTT
United States Attorney
AUDREY B. HEMESATH
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2729

Attorneys for Defendants

## IN THE UNITED STATES DISTRICT COURT FOR THE
## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PANAYIOTIS FRANTZIS, ET AL., ) | CV 06-S-2805 WBS EFB |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | |
| ) | **JOINT STIPULATION REGARDING GOVERNMENT'S ANSWER AND SCHEDULING CONFERENCE** |
| CHRISTINA POULOS, ET AL., ) | |
| ) | |
| District Director, US Citizenship & ) | |
| Immigration Services ) | |
| ) | |
| Defendants. ) | |
| ) | |

  This is an immigration case in which plaintiffs challenge a delay in the processing of their applications to adjust status to that of lawful permanent resident. Defendants are unable to comply with the current deadline for the filing of the government's answer due to the extended medical leave of counsel for the government. The undersigned only recently returned to work following a six-week absence due to pregnancy-related hyperemesis gravidarum. Due to this extended absence, as well as a heavy caseload, counsel for the government will be unable to meet the briefing deadlines currently scheduled in this case. Accordingly, the parties agree to the following modifications of the

briefing schedule:

Date for filing of the government's answer: April 9, 2007

Status Conference: April 23, 2007

Dated: February 5, 2007                              Respectfully Submitted,

                                                                  McGREGOR W. SCOTT
                                                                  United States Attorney


                                                      By:    /s/Audrey Hemesath
                                                                  Audrey B. Hemesath
                                                                   Assistant U.S. Attorney
                                                                   Attorneys for the Defendants

                                                                   /s/ Martin Lawler
                                                                   Martin Lawler
                                                                   Attorney for Plaintiffs


ORDER

Pursuant to this Joint Stipulation and for the reasons stated therein, IT IS HEREBY ORDERED that the government's answer is due on April 9, 2007, and the status conference is moved to April 23, 2007 at 8:30 a.m..

IT IS SO ORDERED.

DATED:  February 5, 2007

                                              WILLIAM B. SHUBB
                                              UNITED STATES DISTRICT JUDGE